

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2022

No. 04-21-00521-CV

**IN THE ESTATE OF** John Moore **KILLIAN**, Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2019-PC-2157
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

Appellee's unopposed motion for extension of time to file appellees' brief is GRANTED. Appellee's brief is due May 31, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court